> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in GCR 1963, 933. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the State Bar Journal.

*Staff Comment:* These proposals are numbered as they would appear if the proposed Michigan Court Rules (402A Mich) are adopted. If the proposed Michigan Court Rules are not adopted, these proposals would appear as GCR 1963, 708 (Transfer of Actions), 718 (Injunctions), 735 (Attachment), and 738-739 (Garnishment).

## APRIL 15, 1981

IN THE MATTER OF BOHAN. (Docket No. 65081.) Leave to appeal denied. *Michael Alan Schwartz,* Grievance Administrator, and *William E. Lang,* Counsel to Grievance Administrator, for Attorney Discipline Board. *William W. Swor* for appellant.

## APRIL 28, 1981

LEBLANC v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY. (Docket No. 62439.) Rehearing denied. *McLean & McCarthy* for plaintiff-appellant. *Weis & Cossi, P.C.,* for defendant-appellee. Reported at 410 Mich 173.

CAF INVESTMENT COMPANY v SAGINAW TOWNSHIP. (Docket Nos. 60744, 60745.) Rehearing denied. *Honigman, Miller, Schwartz & Cohn* for plaintiff-appellee. *Crane, Kessel & Crane* for defendant-appellant. Reported at 410 Mich 428.

PEOPLE v SAWYER. (Docket No. 64464.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,*